UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-10599-RGS

FRANCIS OBIORA ENWONWU

v.

DEPARTMENT OF HOMELAND SECURITY
INS CONTRACTED (ICE) CONDITIONS WITH
BRISTOL COUNTY SHERIFF'S OFFICE,
SOUTH BAY BOSTON/PLYMOUTH COUNTY JAIL

ORDER

April 29, 2019

STEARNS, D.J.

On March 29, 2019, the Court ordered plaintiff Francis Enwonwu to pay the $400 filing and administrative fee, or file a motion to proceed *in forma pauperis* by April 19, 2019. Enwonwu was warned that failure to comply with the order could result in dismissal of this action. Enwonwu has neither responded to the order, nor filed a motion for extension of time.

Accordingly, this action is hereby DISMISSED without prejudice for Enwonwu's failure to pay the filing fee and failure to comply with the Court's order. All pending motions are DENIED as MOOT. The Clerk is

directed to enter an order of dismissal.

SO ORDERED.

  /s/Richard G. Stearns   
UNITED STATES DISTRICT JUDGE