## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**FRANCIS ENWONWU,**

|  |  |
|---|---|
| **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **DEPT. of HOMELAND** | **NO.   19-10599-RGS** |
| **SECURITY et al.,** | |
| **Defendants**. | |

### ORDER OF DISMISSAL

**STEARNS, J.**

In accordance with the Court's ORDER dated April 29, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

**April 29, 2019**

**Date**

 **/s/ Daniel C. Hohler**

**Deputy Clerk**